■ LEOPOLDO R. MEJIA, Appellant-Respondent, v ASA COLEMAN et al., Respondents-Appellants, and LEONIDAS VASQUEZ, Respondent.—Motion granted only insofar as to stay, for a period of twenty days after service upon defendants by plaintiff of a copy of the order entered herein, together with notice of entry, the time within which defendants may serve and file, in the office of the clerk of the trial court, a written stipulation consenting to increase the verdict in plaintiff's favor to $125,000, plus interest and costs, in accordance with the order and decision of this Court (168 AD2d 245) entered on December 6, 1990; the motion is otherwise denied. Concur—Rosenberger, J. P., Kupferman, Asch, and Smith, JJ.

■ PEOPLE v RENNIE WASHINGTON.—Motion for reargument of this Court's order (163 AD2d 20) entered on July 3, 1990, which motion is deemed an application in the nature of a writ of error coram nobis and for other relief, denied in its entirety. Concur—Carro, J. P., Rosenberger, Ellerin, Ross and Smith, JJ.

■ PEOPLE v JOSE AVILES, JR., Also Known as JOSE AVILES. —Motion by assigned counsel to be relieved, to withdraw previously submitted appellate brief, and for assignment of new appellate counsel, denied without prejudice to renewal thereof in the event that assigned counsel and/or defendant-appellant can provide a more persuasive factual showing to establish that defendant should be accorded another appeal. (See, 171 AD2d 539.) Concur—Sullivan, J. P., Carro, Milonas, Kupferman and Smith, JJ.